IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WESTERN DIVERSIFIED SERVICES, INC., an Illinois corp.,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, INC., a California Corporation,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br><br><br>Case No. 2:99-CV-84 TS |

This matter came before the Court on June 12, 2008, for hearing on Defendant's Motion for Summary Judgment.

The Court finds that there are material issues of fact within the meaning of Fed. R. Civ. P. 56. It is therefore

ORDERED that Defendant's Motion for Summary Judgment (Docket No. 165) is DENIED.

DATED   June 12, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge